JOHNATHAN SAUL (State Bar No. 189271)
THOMAS MINDER & ASSOCIATES
2151 River Plaza Drive, Suite 290
Sacramento, CA  95833
Telephone:  916-929-4400
Facsimile:   916-929-4466
Email:  jas@mx2law.com

Attorneys for Plaintiff
CHERYL BLISS


MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 882-5000
Facsimile:  (415) 882-0300
Email: mbarnes@sonnenchein.com
          smartin@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| CHERYL BLISS,<br><br>             Plaintiff,<br><br>    vs.<br><br>ALLSTATE INSURANCE COMPANY,<br>Does 1 through 20, inclusive,<br><br>             Defendants | No.  07-cv-0225 FCD-GGH<br><br>STIPULATION AND ORDER<br>EXTENDING DISCOVERY DEADLINE |
|---|---|

   The parties, by and through their respective counsel of record, hereby stipulate and agree

as follows and respectfully request that the Court approve and give effect to their stipulation:

   WHEREAS the Court has set the following discovery deadlines:

    Non-expert discovery cut-ff:   November 7, 2007

    Plaintiff's expert disclosures:   November 21, 2007

-1-

    Defendant's expert disclosures:  December 12, 2007

    Supplemental expert disclosures:  January 4, 2008

    Expert discovery cut-off:  March 17, 2008

 WHEREAS, the parties are engaged in an appraisal process pursuant to Insurance Code section 2071;

 WHEREAS, although counsel anticipated the appraisal would be completed earlier this year, it recently was scheduled to take place in October 2007;

 WHEREAS, the parties wish to defer conducting discovery pending the outcome of the appraisal process, which will have a significant impact on the nature and extend of discovery conducted by both parties in this case;

 WHEREAS, a two or three month continuance of the discovery deadlines will not affect any other case management dates set by the Court, including the trial date;

 IT IS HEREBY STIPULATED AND AGREED that the discovery deadlines should be modified as follows:

    Non-expert discovery cut-ff:  February 8, 2008

    Plaintiff's expert disclosures:  February 18, 2008

    Defendant's expert disclosures:  March 3, 2008

    Supplemental expert disclosures:  March 17, 2008

    Expert discovery cut-off:  May 30, 2008

 IT IS SO STIPULATED.

           Respectfully submitted,

Dated: September \_\_\_\_, 2007  THOMAS MINDER & ASSOCIATES

           By    /s/    .
              Jonathan Saul

           Attorneys for Plaintiff CHERYL BLISS

Dated: September ____, 2007

SONNENSCHEIN NATH & ROSENTHAL LLP

By        /s/       .
     Sonia Martin

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

## ORDER

Pursuant to the above stipulation the discovery dates are RESET as follows:

| | |
|---|---|
| Non-expert discovery cut-ff: | February 8, 2008 |
| Plaintiff's expert disclosures: | February 18, 2008 |
| Defendant's expert disclosures: | March 3, 2008 |
| Supplemental expert disclosures: | March 17, 2008 |
| Expert discovery cut-off: | May 30, 2008 |

However, conflicts now exist with the court's calendar and the remaining dates set in this action.

Accordingly, the following dates are hereby RESET:

| | |
|---|---|
| The date in which to hear a dispositive motion: | August 8, 2008 |
| Final pretrial conference: | October 10, 2008 at 1:30 p.m. |
| The Joint Pretrial Statement to be filed: (The parties are to refer to the court's PSC order as to the form content of the statement) | October 3, 2008 |
| Jury trial: | December 9, 2008 at 9:00 a.m. |

IT IS SO ORDERED.

DATED: September 5, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE