JONATHAN SAUL (State Bar No. 189271)
THOMAS MINDER & ASSOCIATES
2151 River Plaza Drive, Suite 290
Sacramento, CA 95833
Telephone: 916-929-4400
Facsimile:  916-929-4466
Email:  jas@mx2law.com

Attorneys for Plaintiff
CHERYL BLISS

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 882-5000
Facsimile:  (415) 882-0300
Email:        mbarnes@sonnenschein.com
                  smartin@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHERYL BLISS,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALLSTATE INSURANCE COMPANY,  Does 1 through 20, inclusive,<br><br>          Defendants. | No.  07-CV-00225 FCD-GGH<br><br>**STIPULATION AND ORDER EXTENDING CASE MANAGEMENT DATES** |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105-2708
(415) 882-5000

-1-

WHEREAS, the Court has set the following case management deadlines:

| | |
|---|---|
| Non-expert discovery cut-off: | February 8, 2008 |
| Plaintiff's expert disclosures: | February 18, 2008 |
| Defendant's expert disclosures: | March 3, 2008 |
| Supplemental expert disclosures: | March 17, 2008 |
| Expert discovery cut-off: | May 30, 2008 |
| Dispositive motion hearing: | August 8, 2008 |
| Final pretrial conference: | October 10, 2008, at 1:30 p.m. |
| The Joint Pretrial Statement to be filed: | October 3, 2008 |
| Jury Trial: | December 9, 2008, at 9:00 a.m. |

WHEREAS, the parties are engaged in an appraisal process pursuant to Insurance Code section 2017;

WHEREAS, the parties have deferred conducting discovery pending the outcome of the appraisal process, which will have a significant impact on the nature and extent of discovery conducted by both parties in this case;

WHEREAS, although counsel anticipated the appraisal would be completed by October 2007, the appraisal panel just recently issued a tentative award that will not be final until sometime in December 2007;

WHEREAS, plaintiff has indicated she intends to retain new counsel to pursue recovery against a new party for whom her current counsel has a conflict;

IT IS HEREBY STIPULATED AND AGREED that the case management deadlines should be modified as follows:

| | |
|---|---|
| Non-expert discovery cut-off: | May 16, 2008 |
| Plaintiff's expert disclosures: | May 30, 2008 |
| Defendant's expert disclosures: | June 13, 2008 |
| Supplemental expert disclosures: | July 3, 2008 |
| Expert discovery cut-off: | August 6, 2008 |

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

STIPULATION AND ORDER
EXTENDING CASE MANAGEMENT DATES

1

2

3
Dispositive motion hearing:                    November 14, 2008

Final pretrial conference:                     January 16, 2009, at 1:30 p.m.

4
The Joint Pretrial Statement to be filed:      January 9, 2009

5
Jury Trial:                                    March 17, 2009, at 9:00 a.m.

6

7

IT IS SO STIPULATED.

8

9                                              Respectfully submitted:

10    Dated: December 3, 2007                   THOMAS MINDER & ASSOCIATES

11

12                                             By:   /s/ Jonathan Saul
                                                     JONATHAN SAUL
13

14                                             Attorneys for Plaintiff
                                               CHERYL BLISS
15

16

17    Dated: December 7, 2007                  SONNENSCHEIN NATH & ROSENTHAL LLP

18

19
                                               By      /s/Sonia Martin
20                                                     SONIA MARTIN

21                                             Attorneys for Defendant
                                               ALLSTATE INSURANCE COMPANY
22

23        IT IS SO ORDERED.

24    Dated: December 18, 2007

25

26
                                               FRANK C. DAMRELL, JR.
27                                             UNITED STATES DISTRICT JUDGE

28

CASE NO. 07-CV-00225 FCD-GGH                   STIPULATION AND ORDER
                                               EXTENDING CASE MANAGEMENT DATES

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000