JOHNATHAN SAUL (State Bar No. 189271)
THOMAS MINDER & ASSOCIATES
2151 River Plaza Drive, Suite 290
Sacramento, CA  95833
Telephone:  916-929-4400
Facsimile:  916-929-4466
Email:  jas@mx2law.com

Attorneys for Plaintiff
CHERYL BLISS

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 882-5000
Facsimile:  (415) 882-0300
Email: mbarnes@sonnenchein.com
smartin@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHERYL BLISS , | 2:07-cv-0225 FCD GGH |
|       Plaintiff, | STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINE |
|   v. | "AS MODIFIED" |
| ALLSTATE INSURANCE COMPANY, | |
|       Defendant. | |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS the Court has set the following discovery deadlines:

Non-expert discovery cut-off:    May 16, 2008

Plaintiff's expert disclosures:    May 28, 2008

Defendant's expert disclosures:    June 12, 2008

Supplemental expert disclosures:        June 16, 2008

Expert discovery cut-off:        August 6, 2008

WHEREAS the parties deferred conducting discovery during the appraisal process;

WHEREAS the appraisal process is now complete and plaintiff is continuing to pursue this action;

WHEREAS plaintiff has disclosed that she is seeking new counsel who will need time to become familiar with this case;

WHEREAS, a two to three month continuance of the discovery deadlines will not affect any other case management dates set by the Court, including the trial date;

IT IS HEREBY STIPULATED AND AGREED that the discovery deadlines should be modified as follows:

Non-expert discovery cut-off:        July 31, 2008

Plaintiff's expert disclosures:        August 14, 2008

Defendant's expert disclosures:        August 28, 2008

Supplemental expert disclosures:        September 12, 2008

Expert discovery cut-off:        October 17, 2008.

IT IS SO STIPULATED

Dated: March 19, 2008                    THOMAS MINDER & ASSOCIATES


By /s/ Jonathan Saul
       Jonathan Saul

Attorneys for Plaintiff
CHERYL BLISS

Dated: March 20, 2008                    SONNENSCHEIN NATH & ROSENTHAL LLP


By /s/ Sonia Martin
       Sonia Martin

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

ORDER ON FOLLOWING PAGE.

# <u>ORDER</u>

Pursuant to the above stipulation and the resetting of the discovery and expert discovery dates conflicts now exist with the court's calendar and the remaining dates set in this action. Accordingly, the following dates are also RESET:

The dispositive motion deadline is RESET to December 19, 2008;

The final pretrial conference is RESET to February 20, 2009 at 2:30 p.m.  The Joint Pretrial Statement to be filed on or before February 13, 2008; The parties are to refer to the court's PSC order as to the form and content of the statement; and

The jury trial is RESET to April 21, 2009 at 9:00 a.m.

IT IS SO ORDERED.

DATED: March 21, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE