WILLIAM L. BRELSFORD (State Bar No. 202839)
POSWALL, WHITE & CUTLER
1001 G Street, Suite 301
Sacramento, California 95814
Telephone:  916-449-1300
Facsimile:   916-449-1320
Email:         wbrelsford@Yahoo.com

Attorneys for Plaintiff
CHERYL BLISS


MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
CHRISTOPHER WINDLE (State Bar No. 141123)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Boulevard, Suite 800
Walnut Creek, California 94596-7342

Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email:         mbarnes@sonnenschein.com
                   smartin@sonnenschein.com
                   cwindle@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHERYL BLISS,<br><br>           Plaintiff,<br><br>     vs.<br><br>ALLSTATE INSURANCE COMPANY,<br>Does 1 through 20, inclusive,<br><br>           Defendants. | No.  07-CV-00225 FCD-GGH<br><br>**STIPULATION AND ORDER EXTENDING CASE MANAGEMENT DATES** |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

1       WHEREAS, the Court has set the following case management deadlines:

2       Non-expert discovery cut-off:                July 31, 2008

3       Plaintiff's expert disclosures:              August 14, 2008

4       Defendant's expert disclosures:              August 28, 2008

5       Supplemental expert disclosures:             September 12, 2008

6       Expert discovery cut-off:                    October 17, 2008

7       Dispositive motion hearing:                  December 19, 2008

8       Final pretrial conference:                   February 20, 2009 at 2:30 p.m.

9       The Joint Pretrial Statement to be filed:    February 13, 2009

10      Jury Trial:                                  April 21, 2009, at 9:00 a.m.

11      WHEREAS, plaintiff recently retained new counsel who substituted into this case on

12  April 18, 2008, and is in the process of getting up to speed on the case;

13      WHEREAS, the parties have begun conducting depositions and have scheduled several

14  additional depositions and a property inspection to take place during the next six weeks;

15      WHEREAS, the parties recently learned that plaintiff's former counsel had failed to

16  produce many documents responsive to Allstate's requests for production;

17      WHEREAS, the parties anticipate they will need an additional sixty days to complete

18  depositions and other discovery necessary to prepare for summary judgment and trial;

19      IT IS HEREBY STIPULATED AND AGREED that the case management deadlines

20  should be modified as follows:

21      Non-expert discovery cut-off:                October 3, 2008

22      Plaintiff's expert disclosures:              October 17, 2008

23      Defendant's expert disclosures:              October 31, 2008

24      Supplemental expert disclosures:             November 20, 2008

25      Expert discovery cut-off:                    December 22, 2008

26      Dispositive motion hearing:                  March 6, 2009;

27      Final pretrial conference:                   May 8, 2009, at 1:30 p.m.;

28      The Joint Pretrial Statement to be filed:    May 1, 2009;

| | |
|---|---|
| Jury Trial: | July 14, 2009, at 9:00 a.m. |

IT IS SO STIPULATED.

Respectfully submitted:

Dated: June 18, 2008            POSWALL, WHITE & CUTLER


By:  _/s/ WILLIAM L. BRELSFORD_
       WILLIAM L. BRELSFORD

Attorneys for Plaintiff
CHERYL BLISS


Dated: June 20, 2008            SONNENSCHEIN NATH & ROSENTHAL LLP


By:  _/s/ SONIA MARTIN_
       SONIA MARTIN

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

Dated: June 23, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE