1  WILLIAM L. BRELSFORD (State Bar No. 202839)
   POSWALL, WHITE & CUTLER
2  1001 G Street, Suite 301
   Sacramento, California  95814
3  Telephone:  (916 ) 449-1300
   Facsimile:  (916) 449-1320
4  Email:      wbrelsford@Yahoo.com

5  Attorneys for Plaintiff CHERYL BLISS

6  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
7  CHRISTOPHER WINDLE (State Bar No. 141123)
   SONNENSCHEIN NATH & ROSENTHAL LLP
8  2121 N. California Boulevard, Suite 800
   Walnut Creek, California 94596-7342
9  Telephone: (925) 949-2600
   Facsimile: (925) 949-2610
10 Email:      mbarnes@sonnenschein.com
               smartin@sonnenschein.com
11             cwindle@sonnenschein.com

12 Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
13

14                UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA

16                   SACRAMENTO DIVISION

17 CHERYL BLISS,                    No.  07-CV-00225 FCD-GGH

18         Plaintiff,               **STIPULATION AND [PROPOSED]
                                     ORDER REGARDING MENTAL
19 vs.                               EXAMINATION**

20 ALLSTATE INSURANCE COMPANY,      Date:      September 25, 2008
   Does 1 through 20, inclusive,    Time:      10:00 a.m.
21                                  Place:     510 "I" Street, Sacramento, CA
           Defendants.              Before:    Hon. Gregory H. Hollows
22

23

24         The parties, by and through their respective counsel of record, hereby stipulate and agree as

25 follows and respectfully request that the Court approve and give effect to their stipulation:

26         WHEREAS defendant Allstate Insurance Company has filed a motion to compel plaintiff's

27 attendance at a mental examination pursuant Federal Rule of Civil Procedure Rule 35;

28

                                           -1-

1   WHEREAS plaintiff has now agreed to attend a mental examination to be conducted at the

2   office of Paul S. Berg, Ph.D., located at 400 - 29th Street, Oakland, California, beginning at 10:00

3   a.m., on September 26, 2008;

4   WHEREAS plaintiff has agreed to a standard psychiatric interview (including a mental

5   status examination) by Margo Leahy, M.D., covering the following areas:  plaintiff's (1) present

6   psychological complaints; (2) previous psychological history before the complaints; (3) previous

7   medical history (which is essential to distinguish organic from functional psychological

8   symptoms); (4) family history; (5) employment history; (6) personal history (including births,

9   marriages, divorces, deaths, and illnesses of significant others); (7) educational history; and (8)

10  current medical and psychiatric history;

11  WHEREAS plaintiff has agreed to standardized neuropsychological testing to be conducted

12  by Dr. Berg at his office located in Oakland, California, on September 26, 2008; and

13  WHEREAS plaintiff's agreement to attend the aforementioned sessions renders moot

14  Allstate's pending motion to compel, which is scheduled for hearing on September 25, 2008;

15  IT IS HEREBY STIPULATED AND AGREED that plaintiff shall attend the

16  aforementioned mental examination and testing on September 26, 2008, and the September 25,

17  2008 hearing on Allstate's motion to compel said attendance is hereby vacated.

18  IT IS SO STIPULATED.

19  Respectfully submitted:

20  Dated: September 23, 2008          POSWALL, WHITE & CUTLER

21

22  By:   _/s/ WILLIAM BRELSFORD_____
23  WILLIAM L. BRELSFORD

24  Attorneys for Plaintiff CHERYL BLISS

25

26

27

28

1    Dated: September 23, 2008          SONNENSCHEIN NATH & ROSENTHAL LLP

2

3                                       By:  _____/s/ SONIA MARTIN_____
                                             SONIA MARTIN
4
                                        Attorneys for Defendant
5                                       ALLSTATE INSURANCE COMPANY

6
            IT IS SO ORDERED.
7

8    Dated:  09/25/08

9                                              /s/ Gregory G. Hollows
                                        _____
10                                           GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE
11

12   Bliss.ord

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 07-CV-00225 FCD-GGH                    STIPULATION AND [PROPOSED] ORDER
                                                REGARDING MENTAL EXAMINATION