1   WILLIAM L. BRELSFORD (State Bar No. 202839)
    POSWALL, WHITE & CUTLER
2   1001 G Street, Suite 301
    Sacramento, California 95814
3   Telephone:  916-449-1300
    Facsimile:  916-449-1320
4   Email:        wbrelsford@Yahoo.com

5   Attorneys for Plaintiff
    CHERYL BLISS
6

7   MICHAEL BARNES (State Bar No. 121314)
    SONIA MARTIN (State Bar No. 191148)
8   CHRISTOPHER WINDLE (State Bar No. 141123)
    SONNENSCHEIN NATH & ROSENTHAL LLP
9   2121 N. California Boulevard, Suite 800
    Walnut Creek, California 94596-7342
10
    Telephone: (925) 949-2600
11  Facsimile:  (925) 949-2610
    Email:        mbarnes@sonnenschein.com
12                smartin@sonnenschein.com
                  cwindle@sonnenschein.com
13
    Attorneys for Defendant
14  ALLSTATE INSURANCE COMPANY

15

16
                    UNITED STATES DISTRICT COURT
17
                    EASTERN DISTRICT OF CALIFORNIA
18
                        SACRAMENTO DIVISION
19

20  CHERYL BLISS,                        No.  07-CV-00225 FCD-GGH

21            Plaintiff,
                                         **STIPULATION AND ORDER**
22      vs.                              **EXTENDING CASE MANAGEMENT**
                                         **DATES**
23  ALLSTATE INSURANCE COMPANY,
    Does 1 through 20, inclusive,
24
              Defendants.
25

26

27          The parties, by and through their respective counsel of record, hereby stipulate and agree

28  as follows and respectfully request that the Court approve and give effect to their stipulation:

-1-

1  WHEREAS, the Court has set the following case management deadlines:

2  Non-expert discovery cut-off:                    October 3, 2008;

3  Plaintiff's expert disclosures:                  October 17, 2008;

4  Defendant's expert disclosures:                  October 31, 2008;

5  Supplemental expert disclosures:                 November 20, 2008;

6  Expert discovery cut-off:                        December 22, 2008;

7  Dispositive motion hearing:                      March 6, 2009;

8  The Joint Pretrial Statement to be filed:        May 1, 2009;

9  Final pretrial conference:                       May 8, 2009, at 1:30 p.m.

10  Jury Trial:                                     July 14, 2009, at 9:00 a.m.

11  WHEREAS, although plaintiff scheduled the deposition of third-party witness ServPro to

12  take place on September 29, 2008, the responsive witness was unable to testify because she was

13  called to Texas for emergency hurricane cleanup;

14  WHEREAS, plaintiff's counsel has been informed that the corporate representative of

15  third-party witness Restoration CleanUp has been unavailable for deposition during the past

16  sixty days;

17  WHEREAS, third-party witness Kenneth Green failed to appear for deposition on

18  September 29, 2008, and now must be subpoenaed for a new date;

19  WHEREAS, third-party witness Vic Johnson has notified Allstate's counsel that he will

20  be unable to appear for his deposition on October 2, 2008 due to an out-of-state family medical

21  emergency;

22  WHEREAS, Allstate needs to depose plaintiff's treating physician, Glenn Hakanson,

23  who was first identified during plaintiff's continued deposition on September 30, 2008;

24  WHEREAS, Allstate wishes to depose Allison Hunt, whom plaintiff identified as a

25  potential trial witness this week;

26  WHEREAS, the parties anticipate they will need an additional sixty days to complete

27  these depositions and other discovery necessary to prepare for summary judgment and trial; and

28

-2-

1        WHEREAS, plaintiff's counsel has filed a motion to withdraw, which will be heard

2    October 31, 2008;

3        IT IS HEREBY STIPULATED AND AGREED that the case management deadlines

4    should be modified as follows:

5        Non-expert discovery cut-off:                    December 2, 2008;

6        Plaintiff's expert disclosures:                    December 16, 2008;

7        Defendant's expert disclosures:                  December 30, 2008;

8        Supplemental expert disclosures:                January 19, 2009;

9        Expert discovery cut-off:                          February 20, 2009;

10       Dispositive motion hearing:                       May 1, 2009;

11       The Joint Pretrial Statement to be filed:       July 3, 2009;

12       Final pretrial conference:                          July 10, 2009, at 2:00 p.m.;

13       Jury Trial:                                              September 15, 2009, at 9:00 a.m.

14       IT IS SO STIPULATED.

15                                           Respectfully submitted:

16    Dated:  October 1, 2008             POSWALL, WHITE & CUTLER

17                                           By: ___/s/ WILLIAM BRELSFORD_____
                                                 WILLIAM L. BRELSFORD
18
                                           Attorneys for Plaintiff CHERYL BLISS
19
20    Dated: October 1, 2008              SONNENSCHEIN NATH & ROSENTHAL LLP

21                                           By: ___/s/ SONIA MARTIN_____
                                                 SONIA MARTING
22
                                           Attorneys for Defendant
23                                         ALLSTATE INSURANCE COMPANY

24       IT IS SO ORDERED.

25    Dated:  October 2, 2008

26                                         _____
                                           FRANK C. DAMRELL, JR.
27                                         UNITED STATES DISTRICT JUDGE

28

CASE NO. 07-CV-00225 FCD-GGH                                    STIPULATION AND ORDER
                                                               EXTENDING CASE MANAGEMENT DATES