IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHERYL BLISS,

    Plaintiff,                             CIV. NO. S- 07-0225 FCD GGH PS

    vs.

ALLSTATE INSURANCE COMPANY,

    Defendants.                        ORDER

        Defendant's motion for summary judgment presently is calendared for hearing on April 30, 2009. Plaintiff has not filed an opposition. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The April 30, 2009 hearing on the motion for summary judgment, filed April 1, 2009, is vacated; and

        2. The motion is submitted on the record.

DATED: April 23, 2009                                 /s/ Gregory G. Hollows

                                                                   U. S. MAGISTRATE JUDGE

GGH:076:Bliss0225.vac.wpd